UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DYER,

       Plaintiff,

vs.                                           CASE NO. 06-10638
                                              HON. LAWRENCE P. ZATKOFF,

COMMISSIONER OF
SOCIAL SECURITY

       Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

       Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Scheer's Report and Recommendation of July 26, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.

       After a thorough review of the court file, the respective parties' motions and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

       Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED. Judgment shall be entered accordingly.

.

      IT IS SO ORDERED.

                                                  s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
Dated: August 31, 2006               UNITED STATES DISTRICT JUDGE